No. 56.   JAMES A. PETERSON *v.* UNITED STATES.   Error to the District Court of the United States for the Dis-

OCTOBER TERM, 1920. 661

254 U. S.   Cases Disposed of Without Consideration by the Court.

trict of Minnesota.   October 18, 1920.   Reversed, on confession of error, and cause remanded for further proceedings, on motion of *The Solicitor General* for the United States.   *Mr. Frank D. Larrabee* for plaintiff in error.